City National Bank of Wichita Falls, for use, *v.*
Atkinson, et al., Appellants.

Argued October 5, 1934.   Before FRAZER, C. J., SIMP-
SON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

528

530

*John A. Metz,* with him *Charles L. Wilmot* and *John A. Metz, Jr.,* for appellants.

*W. Denning Stewart,* with him *W. Clyde Grubbs,* for appellee.

PER CURIAM, November 26, 1934:

The law applicable to the undisputed facts of this case is clearly and correctly stated in the opinion of Judge PATTERSON. Upon that opinion the judgment of the lower court is affirmed.